STUART J. WALD (SBN 173144)
36154 Coffee Tree Place
Murrieta, CA 92562
Telephone: (310) 429-3354
Facsimile: (951) 894-4546
Stuart.wald@gmail.com

Attorney for Debtor/Plaintiff

**FILED & ENTERED**

MAR 02 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re KAREN ANN PELLE,<br><br>　　　　Debtor<br>_____<br>KAREN ANN PELLE, an individual,<br><br>　　　　Plaintiff,<br>　　vs.<br>ALLIANCE SHIPPERS, INC,<br><br>　　　　Defendant | Case No.: 2:14-bk-25552BR<br><br>Adversary Proc. No.: 2:16-ap-01237BR<br><br>Chapter 7<br><br>SUMMARY JUDGMENT<br><br>Date: December 13, 2016<br>Time: 2:00 p.m.<br>Courtroom 1668<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, California |

On December 13, 2016, there came before the Court the motion of Plaintiff Karen Ann Pelle ("Pelle"), pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056, for summary judgment on Pelle's complaint against Defendant Alliance Shippers, Inc. ("Alliance"). Appearances were as reflected on the record. A second hearing was held before the Court on February 21, 2017 at 2:00 p.m. regarding the objections of Alliance to the proposed form of order and judgment lodged by Pele. Appearances were was reflected on the record.

SUMMARY JUDGMENT　　　　　　　　　　　　1

    For the reasons stated in and on the record, and good cause appearing, it is hereby ORDERED that:

1) The motion for summary judgment is GRANTED.

2) Judgment is hereby entered in favor of Pelle and against Alliance on the first cause of action in Pelle's complaint in this case.  All actions taken by Alliance against Pelle prior to February 25, 2016 connected to (and as precedents for) case MID-L-043416 commenced by Alliance in the Superior Court of New Jersey are hereby declared to be void *ab initio,* and without any legal substance subject to full faith and credit, as violations of the automatic stay, 11 U.S.C. § 362(a).

3) Judgment is hereby entered in favor of Pelle and against Alliance on the second cause of action in Pelle's complaint in this case.  All actions taken by Alliance against Pelle on or subsequent to February 25, 2016 connected to case MID-L-043416 commenced by Alliance in the Superior Court of New Jersey, including without limitation serving her with summons, taking a judgment by default, serving her with a subpoena, and filing one or more motions therein, are hereby declared to be void *ab initio,* and without any legal substance subject to full faith and credit, as violations of Pelle's chapter 7 discharge and related injunction, 11 U.S.C. §§ 524(a) and 727(b).  Alliance is enjoined from proceeding with case MID-L-043416 against Pelle, except that if a pending motion by Pelle in that case for dismissal (now under submission) is granted, said dismissal will be valid.

4) For violations of the automatic stay and/or the discharge injunction, Pelle is awarded compensatory damages in the amount of $21,231.42.

\\\

\\\

\\\

SUMMARY JUDGMENT    2

5) For violations of the automatic stay and/or the discharge injunction, Pelle is awarded punitive damages in the amount of $5,000.

x    x    x    x    x

Date: March 2, 2017

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

SUMMARY JUDGMENT                    3