STUART J. WALD (SBN 173144)
36154 Coffee Tree Place
Murrieta, CA 92562
Telephone: (310) 429-3354
Facsimile: (951) 894-4546
Stuart.wald@gmail.com

Attorney for Debtor/Plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re KAREN ANN PELLE,<br><br>　　　　Debtor<br><br>―――――――――――――――――<br><br>KAREN ANN PELLE, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLIANCE SHIPPERS, INC,<br><br>　　　　Defendant | Case No.: 2:14-bk-25552BR<br><br>Adversary Proc. No.: 2:16-ap-01237BR<br><br>Chapter 7<br><br>NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR ALLOWANCE OF LATE-FILED NOTICE OF APPEAL<br><br>Date: June 20, 2017<br>Time: 10:00 a.m.<br>Courtroom 1668<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

TO DEFENDANT ALLIANCE SHIPPERS, INC. THROUGH ITS COUNSEL OF RECORD, AND THE HONORABLE COURT:

　　Plaintiff Karen Ann Pelle ("Pelle"), for fair consideration, hereby withdraws her opposition to the motion filed by Defendant Alliance Shippers, Inc. ("Alliance") for leave to have its late-filed notice of appeal deemed timely.

NOTICE OF WITHDRAWAL OF OPPOSITION TO LATE-FILED NOTICE OF APPEAL    1

| | | |
|---|---|---|
| Date: June 19, 2017 | | LAW OFFICES OF STUART J. WALD |
| | By: | /s/ Stuart J. Wald
Stuart J. Wald, for
Law Offices of Stuart J. Wald
Attorney for Karen Ann Pelle |

NOTICE OF WITHDRAWAL OF OPPOSITION TO LATE-FILED NOTICE OF APPEAL

2